# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05CV230

| | |
|---|---|
| PETER D. GLENN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER AWARDING FEES** |
| ) | **AND COSTS UNDER EAJA** |
| JO ANNE B. BARNHART, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court in accordance with 28 U.S.C. § 636(c), and on plaintiff's "Petition For Attorney's Fee and Costs" filed on June 16, 2006 ( #25). By Response filed on June 19, 2006, the Commissioner advised that she will not oppose an award of $1,192.00 in attorney's fees and costs, provided this is the only petition filed by plaintiff in this case under 28 U.S.C. § 2412(d). Defendant further advises that plaintiff's counsel consents.

## ORDER

**IT IS, THEREFORE, ORDERED that:**

(1) Plaintiff's "Petition For Attorney's Fees And Costs" ( #25) is **ALLOWED**, and plaintiff is awarded attorneys fees and costs in amount of $1,192.00 under EAJA; and

(2) No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: June 20, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge